HUNTON & WILLIAMS LLP

M. Brett Burns (SBN 256965)
Susan H. Shin (SBN 260369)
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415.975.3700
Facsimile: 415 .975.3701

Attorneys for Defendant American Multi-Cinema, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | CASE NO.: CV10-02848-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE NOTICE OF DEFAULT**<br><br>Complaint Filed: June 29, 2010<br>Trial Date: None Set |

Plaintiffs and Defendant American Multi-Cinema, Inc. stipulate as follows:

1. On August 11, 2010, Defendant American Multi-Cinema, Inc. filed its answer to Plaintiff's First Amended Complaint.

2. On August 10, 2010, the Court's clerk entered a notice of default as to Defendant American Multi-Cinema, Inc.

3. Counsel for Plaintiffs and Defendant American Multi-Cinema, Inc. have conferred and agreed to stipulate that, under the circumstances presented here, good cause exists to vacate the notice of default.

4. Because the parties would like to minimize fees and expenses in the Action, and focus efforts on advancing the case rather than engage in motion practice on this issue, Plaintiffs and Defendant American Multi-Cinema, Inc. therefore stipulate that the notice of default is vacated as of this day.

1

| | |
|---|---|
| Dated: August 11, 2010 | Dated: August 11, 2010 |
| MOORE LAW FIRM, P.C. | HUNTON & WILLIAMS LLP |
| By: /s/ Tanya Moore<br>     Tanya Moore | By: /s/ M. Brett Burns<br>     M. Brett Burns |
| Attorneys for Plaintiffs Alma Clarisa Hernandez, Theresa Wallen, and Ronald Moore | Attorneys for Defendant American Multi-Cinema, Inc. |

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: August _12_, 2010

_____
HON. PATRICIA V. TRUMBULL

Hunton & Williams LLP
575 Market Street
Suite 3700
San Francisco, California 94105