1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11

12   ALMA CLARISA HERNANDEZ, et al.,      )      Case No.: C 10-2848 PVT
                                          )
13                        Plaintiffs,      )      **ORDER CONTINUING HEARING, AND**
                                          )      **SETTING DEADLINE FOR PARTIES TO FILE**
14          v.                             )      **EITHER A "CONSENT TO PROCEED**
                                          )      **BEFORE A UNITED STATES MAGISTRATE**
15   VALLCO SHOPPING MALL, LLC, et al.,   )      **JUDGE," OR ELSE A "DECLINATION TO**
                                          )      **PROCEED BEFORE A UNITED STATES**
16                        Defendants.      )      **MAGISTRATE JUDGE AND REQUEST FOR**
     _____ )      **REASSIGNMENT"**
17

18          On August 24, 2010, Plaintiffs filed a Motion to Amend Plaintiff's First Amended

19   Complaint.[1]  Pursuant to Civil Local Rule 73-1(a)(2), no later than one week after that motion was

20   filed each party was required to file either a written consent to the jurisdiction of the Magistrate

21   Judge, or request reassignment to a District Judge.[2]  None of the parties have yet done so.  Therefore,

22   based on the file herein,

23          IT IS HEREBY ORDERED that the hearing on the motion to amend is CONTINUED to

24   10:00 a.m. on October 26, 2010.

25   _____

26          [1]      The holding of this court is limited to the facts and the particular circumstances
27   underlying the present motion.

28          [2]      Magistrate Judges have authority to hear dispositive motions, such as the motion to
     amend, only in cases where all parties have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C.
     § 636(c)(1).

ORDER, *page 1*

1    IT IS HEREBY ORDERED that, no later than October 15, 2010, all parties who have

2  appeared in this action and who have not been dismissed shall file either a "Consent to Proceed

3  Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States

4  Magistrate Judge and Request for Reassignment to a United States District Judge."[3]

5  Dated:    *9/30/10*

6                                        *Patricia V. Trumbull*
                                          PATRICIA V. TRUMBULL
7                                         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

     [3]        Both forms are available from the clerk of the court, or from the "Forms" section of the
court's website (www.cand.uscourts.gov).

ORDER, *page 2*

1

2   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4   <u>copies mailed on   *10/1/10*         to:</u>

5   Valentine Rybkin
    c/o Vaum Pekker
6   10123 N. Wolfe Road, #2051
    Cupertino, CA 95014
7
    David Chang and Tho Tran
8   10123 North Wolfe Road, #2168
    Cupertino, CA 95014
9

10

11              */s/  Donna Kirchner      for*
    OSCAR RIVERA
12   Courtroom Deputy

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28