1  Evelyn L. Deaton, SBN 104349
   Attorney at Law
2  333 Main Street, 5D
   San Francisco, CA  94105
3  Tel:  415.652.0111
   Fax:  415.541.0111
4  deaton@deatonlaw.biz

5  Attorney for Defendant
   TGI Friday's, Inc.
6

                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN JOSE DIVISION
9

10

11 | ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE, | Case No. 5:10-CV-02848-LHK |
|---|---|
| Plaintiffs, | |
| vs. | |
| VALLCO INTERNATIONAL SHOPPING CENTER, LLC; VALLCO SHOPPING MALL LLC; GKK CUPERTINO OWNER; CUPERTINO PROPERTY DEVELOPMENT I, LLC; JC PENNEY PROPERTIES INC.; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED COMMERCIAL BANK; ALEXANDER'S STEAKHOUSE INC. DBA ALEXANDER STEAKHOUSE; AMERICAN MULTI-CINEMA INC. DBA AMC THEATERS; DAVID CHANG AND THO TRAN DBA APOLLO AND TZ HAIR DESIGN; BENIHANA NATIONAL CORPORATION DBA BENIHANA OF TOKYO; JIMMY CHEN DBA CINNABON; CLAIRE'S BOUTIQUE, INC. AND BONNIE E. SCHAEFER DBA CLAIRE'S BOUTIQUE; EUSON HUANG AND COLD STONE CREAMERY, INC. DBA COLD STONE CREAMERY; ALEXANDER GIVERTS DBA DOLLAR PLUS; DYNASTY GROUP INC. DBA DYNASTY SEAFOOD RESTAURANT; FREDERICK SLATER, OD DBA FREDERICK SLATER | **STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE DEFAULT**<br><br>1st Am. Complaint Filed: July 27, 2010<br>Trial Date:    None Set |

        **STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE DEFAULT**

                              - 1

| | |
|---|---|
| 1 | OPTOMETRISTS; HYUK DONG KWON DBA FASHION PLAZA; FRESH CHOICE, LLC DBA FRESH CHOICE #013; VALENTINE RYBKIN DBA GIFT PRINTS; GENERAL NUTRITION CORPORATION AND JOSEPH FORTUNTO DBA GENERAL NUTRITION CENTER; GOLDEN VISION OPTOMETRY, INC.; NOBUMITSU KOBAYASHI DBA GRAIN D'OR; THE GYMBOREE CORPORATION AND MATTHEW MCCAULEY DBA GYMBOREE RETAIL STORE; THOMAS HOWARD DBA HOWARD'S SHOES FOR CHILDREN, INC.; ICE CENTER ENTERPRISES, LLC; J.C. PENNEY COMPANY, INC, MEL NASH DBA LEGENDS OF SPORTS & FANTASY AKA LEGENDS COMICS & GAMES LLC; MACY'S DEPARTMENT STORES, INC.; MAXIS MANSOUR JALALVANDI DBA MAXI'S FINE JEWELERS; MEENU JHIGAN DBA PERFUME PLUS; SEARS, ROEBUCK AND CO.; STERLING CITY USA, INC. AKA STERLING CITY PROPERTIES, INC.; STRIKE HOLDINGS LLC AKA STRIKE CUPERTINO VFP, LLC DBA STRIKE; HASHIM BANGLESH AND MABEL GUNSKI DBA SPORTS ACTION; TGI FRIDAY'S INC.; DON HAMMAR DBA TOYS SPORTS CARDS; RAJASEKHAR MEKA AND WEST VALLEY INVESTORS, INC. DBA TUTTI FRUTTI; JAFAR BOLAND DBA VILLAGE RUGS; VICTORIA'S SECRET STORES, LLC; MCS CUPERTINO BUFFET, LLC DBA TATAMI BUFFET;<br><br>Defendants. |

Plaintiffs and Defendant TGI Friday's, Inc. stipulate as follows:

1. On July 15, 2010 Plaintiffs served their original complaint, summons and related documents upon CSC-Lawyers Incorporating Service, agent for service of process for

**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE DEFAULT**

1 | Defendant TGI Friday's, Inc.
2. On July 27, 2010 Plaintiffs filed their First Amended Complaint in this action.
3. On August 6, 2010 Plaintiffs filed their Application to Clerk for Entry of Default against TGI Friday's, Inc. as to the original complaint.
4. On August 10, 2010 the Court's clerk entered a notice of default on the original complaint as to TGI Friday's, Inc.
5. Because the parties would like to minimize fees and expenses in this action and focus efforts on advancing the case rather than engage in motion practice as to the propriety of the entry of default on the original complaint, Plaintiffs and Defendant TGI Friday's, Inc. hereby stipulate through their counsel that the notice and entry of default may be vacated by the Court.

Dated:    September 14, 2010


Moore Law Firm, P.C.


By:_____/S/_____
          Tanya Moore
Attorneys for Plaintiffs Alma Clarisa Hernandez, Theresa Wallen, and Ronald Moore



_____/S/_____
       Evelyn L. Deaton
Attorney for Defendant TGI Friday's, Inc.

**STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT**

1    GOOD CAUSE APPEARING, IT IS SO ORDERED.
2
3  Dated:   _October 25, 2010_
4
5                               _____
6                               HON. LUCY H. KOH