K. Randolph Moore, Esq. SBN 106933
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiffs
ALMA CLARISA HERNANDEZ,
THERESA WALLEN and
RONALD MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALMA CLARISA HERNANDEZ, THERESA WALLEN and RONALD MOORE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | CASE NO.: CV10-02848-PVT<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE NOTICE OF DEFAULT<br><br>Complaint Filed: June 29, 2010<br><br>Trial Date: None Set |
|---|---|

Plaintiffs ALMA CLARISA HERNANDEZ, THERESA WALLEN and RONALD MOORE ("Plaintiffs") and Defendant Macy's West Stores, Inc., erroneously sued herein as and formerly known as Macy's Department Stores, Inc. (hereinafter "Defendant" or "Macy's") hereby stipulate as follows:

    1.    On or about August 10, 2010, the clerk of this court entered a notice of default as to Defendant;

    2.    Counsel for Plaintiffs and Defendant have conferred and agreed to stipulate that, under the circumstances presented here, good cause exists to vacate the notice of default;

3. Because the parties would like to minimize fees and expenses in this action and focus efforts on advancing the case rather than engage in motion practice on this issue, Plaintiffs and Defendant therefore stipulate that the notice of default is vacated as of this day.

4. The parties agree that Defendant shall file and serve a response to the First Amended Complaint within fourteen (14) days of the date of the Order granting this Stipulation.

///

Date: September 16, 2010

Date: September 16, 2010

| MOORE LAW FIRM, P.C.<br><br>By: ___/s/ TANYA MOORE___<br><br>TANYA MOORE<br>Attorneys for Plaintiffs<br>Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore | KASTNER \| KIM LLP<br><br>By: /s/ L. ROBIN GONZALEZ<br><br>L. ROBIN GONZALEZ<br>Attorneys for Defendant<br>Macys West Stores, Inc., erroneously sued herein as and formerly known as Macy's Department Stores, Inc. |
|---|---|

**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE NOTICE OF DEFAULT**

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE Notice of Default as to Defendant Macy's is set aside.

DATED: __November 15__, 2010

*Lucy H. Koh*
HON. LUCY H. KOH

**STIPULATION AND [PROPOSED] ORDER TO VACATE NOTICE OF DEFAULT**