1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN JOSE DIVISION**

10

ALMA CLARISA HERNANDEZ, THERESA          )    Case No.: 10-CV-02848-LHK
WALLEN, RONALD MOORE,                                       )

11                                                                                         )
                                                                                            )
12                                      Plaintiffs,                                 )
                                                                                            )    ORDER GRANTING MOTION TO
13                           v.                                                        )    AMEND COMPLAINT
                                                                                            )
14   VALLCO INTERNATIONAL SHOPPING              )
       CENTER, LLC, et al.                                             )
15                                                                                         )
                                      Defendants.                              )
16   _____ )

17          Plaintiffs filed their complaint, alleging violations of Title III of the Americans with

18   Disabilities Act, on June 29, 2010.  *See* Compl. (Dkt. No. 1).  Defendants are a large number of

19   different business entities and associated individuals, all apparently located in the Vallco

20   International Shopping Center.  *Id*.  On October 15, 2010, Plaintiffs moved for leave to amend the

21   complaint to substitute certain incorrectly-named defendants with properly-named defendants, to

22   correct paragraph numbering, and to cure other "miscellaneous defects" in the original pleading.

23   *See* Motion to Amend (Dkt. No. 160) at 2.  The Court has determined that this matter is suitable for

24   determination without oral argument, pursuant to Civil Local Rule 7-1(b).  Accordingly, the

25   hearing currently set for Thursday, December 16, 2010 is hereby VACATED.

26          Ten Defendants filed statements of non-opposition to this motion; no Defendant has filed

27   any opposition.  As Plaintiffs note in their motion, leave to amend the complaint shall be "freely

28   given when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Unless there is a showing of "undue

Case No.: 10-CV-02848-LHK
ORDER GRANTING MOTION TO AMEND COMPLAINT

delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." then leave should be "freely given." *Forman v. Davis*, 371 U.S. 178, 182 (1962) (citing Fed. R. Civ. P. 15(a)(2)).

No Defendant has opposed Plaintiffs' motion for leave to amend the complaint, and based on the papers submitted, it appears Plaintiffs' request is in the interest of justice as the proposed amendments will correctly name a number of parties that were previously improperly named. Accordingly, the Court hereby GRANTS the Plaintiffs leave to amend their complaint as indicated in the Motion to Amend.  However, Plaintiffs are not granted leave to amend any unspecified "miscellaneous defects" beyond non-substantive changes such as formatting, paragraph numbering, and the like.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02848-LHK
ORDER GRANTING MOTION TO AMEND COMPLAINT

United States District Court
For the Northern District of California