UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al. <br><br> Defendants. | Case No.: 10-CV-02848-LHK <br><br> ORDER SETTING BRIEFING SCHEDULE |

On December 29, 2010, Defendant Howard's Shoes for Children, Inc. filed a Motion to Dismiss the claims brought against it in this action on the ground that the Plaintiffs have failed to show that they have standing to bring these claims. This Motion is currently set for hearing on March 17, 2011 at 2 p.m. The Court hereby sets a modified briefing schedule regarding this Motion.

Any Opposition to this Motion shall be filed no later than **January 25, 2011**.

Any Reply in support of this Motion shall be filed no later than **February 8, 2011**.

**IT IS SO ORDERED.**

Dated: January 4, 2011

_____
LUCY H. KOH
United States District Judge