1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiffs
   ALMA CLARISA HERNANDEZ
6  THERESA WALLEN and RONALD MOORE

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ALMA CLARISA HERNANDEZ, et al., | ) | No. 5:10-CV-2848-LHK |
12 | Plaintiffs, | ) | **REQUEST FOR DISMISSAL OF COLD** |
13 | vs. | ) | **STONE CREAMERY <u>ONLY</u>; ORDER** |
14 | VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al., | ) | |
15 | | ) | |
16 | Defendants. | ) | |
17 | | ) | |

18    WHEREAS, Plaintiffs have reached a resolution of this action with Defendant Cold

19 Stone Creamery ("Defendant");

20    WHEREAS, Plaintiffs desire to dismiss said Defendant from this action;

21    WHEREAS, no counterclaim has been filed in this action;

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

*Hernandez, et al. v. Vallco Intn'l Shopping Center, LLC, et al.*
Request for Dismissal
                              Page 1

Plaintiff hereby respectfully requests that Defendant Cold Stone Creamery be dismissed with prejudice from this action pursuant to Federal Rules of Civil Procedure 41(a)(2).

Date: March 3, 2011                     MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiffs

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that Cold Stone Creamery, Inc. only be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.


Dated: April 5, 2011                     _____
                                          United States District Court Judge