1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiffs
   Alma Clarisa Hernandez, Theresa Wallen
6  and Ronald Moore

*IT IS SO ORDERED*
*Judge Edward J. Davila*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, and RONALD MOORE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VALLCO SHOPPING MALL, LLC, et al.,<br><br>　　　　　Defendants. | No. 5:10-cv-02848- EJD<br><br>**STIPULATION FOR DISMISSAL OF HOWARD'S SHOES FOR CHILDREN, INC. ONLY; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen, and Ronald Moore ("Plaintiffs") and Defendant Howard's Shoes for Children, Inc. ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Howard's Shoes for Children be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff Ronald Moore and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction.  Plaintiff Ronald Moore and Defendant request the Court to retain

///
///
///

---

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Stipulation for Dismissal of Howard's Shoes for Children, Inc. only
Page 1

jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: May 12, 2011                                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore<br>
Tanya E. Moore<br>
Attorney for Plaintiffs<br>
Alma Clarisa Hernandez, Theresa Wallen, and Ronald Moore

Date: May 12, 2011                                BARABAN & TESKE

/s/ James S. Link<br>
James S. Link, Attorneys for Defendant Howard's Shoes for Children

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Ronald Moore and Defendant Howard's Shoes for Children, Inc. shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Ronald Moore and Defendant Howard's Shoes for Children, Inc., the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Howard's Shoes for Children, Inc. is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: May 13, 2011                              _____
                                                  United States District Court Judge

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Stipulation for Dismissal of Howard's Shoes for Children, Inc. only
Page 2