1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiffs
   Alma Clarisa Hernandez, Theresa Wallen
6  1nd Ronald Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>VALLCO SHOPPING MALL, LLC, et al.,<br><br>   Defendants. | No: 5:10-cv-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF HASHIM BANGLESH AND MABEL GUNSKI dba SPORTS ACTION ONLY; [~~PROPOSED~~] ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") through their attorney of record, and Defendant Hashim Banglesh ("Defendant") who is self-represented, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Hashim Banglesh dba Sports Action be dismissed with prejudice from this action.

   IT IS FURTHER STIPULATED between Plaintiffs and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff  Ronald Moore and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

Date: June 3, 2011									MOORE LAW FIRM, P.C.

									/s/ Tanya E. Moore
									Tanya E. Moore
									Attorney for Plaintiffs
									Alma Clarisa Hernandez, Theresa
									Wallen, and Ronald Moore

Date: June 3, 2011									/s/ Hashim Banglesh
									Hashim Banglesh dba Sports Action,
									In Propria Persona

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Ronald Moore and Defendant Hashim Banglesh dba Sports Action shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Ronald Moore and Defendant Hashim Banglesh dba Sports Action, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendant Hashim Banglesh is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: June 6, 2011					_____
									United States District Court Judge

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order