1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5

   Attorneys for Plaintiff
6  Alma Clarisa Hernandez, Theresa Wallen
   and Ronald Moore
7

8
                        **UNITED STATES DISTRICT COURT**
9
                        **NORTHERN DISTRICT OF CALIFORNIA**
10

11  ALMA CLARISA HERNANDEZ, THERESA  )  No.  5:10-CV-02848-EJD
    WALLEN, RONALD MOORE,            )
12                                   )  **STIPULATION FOR DISMISSAL OF**
                                     )  **GOLDEN VISION OPTOMETRY, INC.**
13          Plaintiffs,              )  **ONLY; [PROPOSED] ORDER**
                                     )
14      vs.                          )
                                     )
15  VALLCO INTERNATIONAL SHOPPING    )
    CENTER, LLC, et al.,             )
16                                   )
                                     )
17          Defendants.              )

18      WHEREAS, Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore

19  ("Plaintiffs") and Defendant Golden Vision Optometry, Inc. ("Defendant") have settled the

20  matter as between themselves;

21      WHEREAS, no counterclaim or cross-claim has been filed in this action;

22      IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that Defendant

23  be dismissed with prejudice from this action.

24  Dated: June 8, 2011                    MOORE LAW FIRM, P.C.

25

26                                         /s/ Tanya E. Moore
                                           Tanya E. Moore
27                                         Attorneys for Plaintiffs Alma Clarisa Hernandez,
                                           Theresa Wallen and Ronald Moore
28

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Stipulation for Dismissal of Golden Vision Optometry, Inc.; [Proposed] Order
Page 1

Dated:  June 8, 2011                          /s/ Evelyn L. Deaton
                                              Evelyn L. Deaton, Attorney for Defendant
                                              Golden Vision Optometry, Inc.

**ORDER**

The Parties have so stipulated and good causing appearing,

**IT IS HEREBY ORDERED** that Defendant Golden Vision Optometry, Inc. <u>only</u> be dismissed with prejudice from this action.

**IT IS SO ORDERED**.

Dated: June 8, 2011                           _____
                                              United States District Court Judge

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Stipulation for Dismissal of Golden Vision Optometry, Inc.; [Proposed] Order
Page 2