1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiffs
   Alma Clarisa Hernandez, Theresa Wallen
6  1nd Ronald Moore

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,  )   | No: 5:10-cv-02848-EJD |
|---|---|
| Plaintiffs, ) | **STIPULATION FOR DISMISSAL OF NOBUMITSU KOBAYASHI dba GRAIN D'OR <u>ONLY</u>; [PROPOSED] ORDER** |
| vs. ) | |
| VALLCO SHOPPING MALL, LLC, et al., ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Andersen Bakery, dba Grain D'Or (incorrectly named herein as Nobumitsu Kobayashi dba Grain D'Or) ("Defendant"), through their attorneys of record, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant be dismissed with prejudice from this action.

   IT IS FURTHER STIPULATED between Plaintiffs Alma Clarisa Hernandez and Ronald Moore, and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiffs Alma Clarisa Hernandez and Ronald Moore, and Defendant request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order

| | | |
|---|---|---|
| 1 | Date: June 22, 2011 | MOORE LAW FIRM, P.C. |
| 2 | | |
| 3 | | |
| 4 | | /s/ Tanya E. Moore |
| | | Tanya E. Moore |
| 5 | | Attorney for Plaintiffs |
| | | Alma Clarisa Hernandez, Theresa |
| 6 | | Wallen, and Ronald Moore |
| 7 | | |
| 8 | Date: June 22, 2011 | MURCHISON & CUMMINGS, LLP |
| 9 | | |
| 10 | | /s/ Melissa Wood Eisenberg |
| | | Melissa Wood Eisenberg |
| 11 | | Attorneys for Defendant Andersen |
| 12 | | Bakery, dba Grain D'Or |

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs Alma Clarisa Hernandez and Ronald Moore, and Defendant Andersen Bakery, dba Grain D'Or (incorrectly named herein as Nobumitsu Kobayashi dba Grain D'Or) shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiffs Alma Clarisa Hernandez and Ronald Moore, and Defendant Andersen Bakery, dba Grain D'Or (incorrectly named herein as Nobumitsu Kobayashi dba Grain D'Or), the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendant Nobumitsu Kobayashi dba Grain D'Or is dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: June 24, 2011

_____
United States District Court Judge

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order