1

2

3

4

5

6

7

8
                          UNITED STATES DISTRICT COURT

9
                        NORTHERN DISTRICT OF CALIFORNIA

10
                              SAN JOSE DIVISION

11

12
ALMA CLARISA HERNANDEZ, ET AL.,      Case No. 5:CV 10-02848 EJD

13
                Plaintiff(s),       **CASE MANAGEMENT ORDER**

14
       v.

15
VALLCO INTERNATIONAL SHOPPING
CENTER, LLC., ET AL.,

16

17
                Defendant(s).
_____/

18

19
       This case is scheduled for a Case Management Conference on September 16, 2011.  Based

20
on the parties' Joint Case Management Statement and proposed schedule, the court has determined

21
an appearance is unnecessary at this time.  Accordingly, the Case Management Conference is

22
VACATED and the parties are ordered to comply with the following schedule.

23
       IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual

and legal issues as set forth in the Case Management Statement.

24
       IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

25
amendments to the pleadings, is 125 days after entry of this order.

26
       IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

27
Federal Rules of Civil Procedure apply.

28

1    IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

2    referred to the assigned Magistrate Judge.  Initial disclosures must be provided by all parties who

3    have not already done so as of the date of this Order.  Pursuant to the Parties request, all

4    electronically stored information produced as discovery shall be produced as paper copies unless

5    otherwise stipulated to between the Parties.

6    IT IS FURTHER ORDERED that the Parties shall appear at a Further Case Management

7    Conference set for January 13, 2012, at which time the Court will set scheduling dates in this matter.

8    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re

9    Pretrial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to the

10   timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial

11   submissions.

12   **IT IS SO ORDERED.**

13   Dated:  September 14, 2011

14                                                        EDWARD J. DAVILA

15                                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26   _____
     [1]      A copy of Judge Davila's standing order is also available on the court's website at

27   www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on
     the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial

28   Preparation."

2

Case No. 5:CV 10-02848 EJD
CASE MANAGEMENT ORDER