UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, ET AL., | Case No. 5:CV 10-02848 EJD |
| Plaintiff(s), | **CASE MANAGEMENT ORDER** |
| v. | |
| VALLCO INTERNATIONAL SHOPPING CENTER, LLC., ET AL., | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on September 16, 2011. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 125 days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

1

Case No. 5:CV 10-02848 EJD
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.  Initial disclosures must be provided by all parties who have not already done so as of the date of this Order.  Pursuant to the Parties request, all electronically stored information produced as discovery shall be produced as paper copies unless otherwise stipulated to between the Parties.

IT IS FURTHER ORDERED that the Parties shall appear at a Further Case Management Conference set for January 13, 2012, at which time the Court will set scheduling dates in this matter.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated:  September 14, 2011



EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

2

Case No. 5:CV 10-02848 EJD
CASE MANAGEMENT ORDER