1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez, Theresa Wallen
6  and Ronald Moore

**IT IS SO ORDERED**

*[signature]*

Judge Edward J. Davila

10/11/2011

7

8

9          **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11  ALMA CLARISA HERNANDEZ, THERESA )   No.  5:10-CV-02848-EJD
    WALLEN, RONALD MOORE,            )
12                                   )   **STIPULATION FOR DISMISSAL OF J.C.**
                                     )   **PENNEY CORPORATION, INC. and J.C.**
13           Plaintiffs,             )   **PENNEY PROPERTIES, INC. ONLY**
                                     )
14       vs.                         )
                                     )
15  VALLCO INTERNATIONAL SHOPPING    )
    CENTER, LLC, et al.,             )
16                                   )
                                     )
17           Defendants.             )
                                     )

18       **WHEREAS**, Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore

19  ("Plaintiffs") and Defendants J.C. Penney Corporation, Inc. and J.C. Penney Properties, Inc.

20  ("Defendants") have settled the matter as between themselves;

21       **WHEREAS** no Defendant has filed a cross-claim or counterclaim in this matter;

22       **IT IS HEREBY STIPULATED** between Plaintiffs and Defendants, by and through

23  their respective counsel, that Defendants J.C. Penney Corporation, Inc. and J.C. Penney

24  ///

25  ///

26  ///

27  ///

28  ///

---

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Notice of Voluntary Dismissal of J.C. Penney Corporation, Inc. and J.C. Penney Properties, Inc. ONLY

1  Properties, Inc. <u>only</u> be and hereby are dismissed with prejudice from this action pursuant to

2  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiffs and Defendants shall bear their own

3  attorney fees and costs.

4  Date: October 6, 2011                              MOORE LAW FIRM, P.C.

5
                                                     /s/ Tanya E. Moore
6                                                    Tanya E. Moore
                                                     Attorneys for Plaintiffs Alma Clarisa Hernandez,
7                                                    Theresa Wallen and Ronald Moore

8
   Date:  October 6, 2011                            MANNING & KASS
9                                                    Ellrod, Ramirez, Trester LLP

10

11
                                                     /s/ Patrick L. Hurley
12                                                   Patrick L. Hurley, Attorneys for Defendants
                                                     J.C. Penney Corporation, Inc. and J.C. Penney
13                                                   Properties, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Notice of Voluntary Dismissal of J.C. Penney Corporation, Inc. and J.C. Penney Properties, Inc. ONLY
Page 2