1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiffs
   Alma Clarisa Hernandez, Theresa Wallen
6  and Ronald Moore

*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*

11/29/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF BENIHANA NATIONAL CORPORATION ONLY** |

**WHEREAS**, Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Benihana National Corporation ("Defendant") have settled the matter as between themselves;

**WHEREAS** no Defendant has filed a cross-claim or counterclaim in this matter or a motion for summary judgment;

**IT IS HEREBY STIPULATED** between Plaintiffs and Defendant, by and through their respective counsel, that Defendant Benihana National Corporation <u>only</u> be and hereby is

///

///

///

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Notice of Voluntary Dismissal of Benihana National Corporation ONLY
Page 1

1 | dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure
2 | 41(a)(1)(A)(ii). Plaintiffs and Defendant shall bear their own attorney fees and costs.
3 | Date: November 28, 2011                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiffs Alma Clarisa Hernandez,
Theresa Wallen and Ronald Moore

Date: November 28, 2011                JACKSON LEWIS, LLP

Mark S. Askanas
Attorneys for Defendant Benihana
National Corporation

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Notice of Voluntary Dismissal of Benihana National Corporation ONLY
Page 2