K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiffs
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

**IT IS SO ORDERED**
Judge Edward J. Davila

12/8/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | No.  5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF ALEXANDER'S STEAKHOUSE, INC. <u>ONLY</u>** |

**WHEREAS**, Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Alexander's Steakhouse ("Defendant") have settled the matter as between themselves;

**WHEREAS** no Defendant has filed a cross-claim or counterclaim in this matter or a motion for summary judgment;

**IT IS HEREBY STIPULATED** between Plaintiffs and Defendant, by and through their respective counsel, that Defendant Alexander's Steakhouse, Inc. <u>only</u> be and hereby is

///

///

///

///

---

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Stipulation for Dismissal of Alexander's Steakhouse, Inc. ONLY
Page 1

dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiffs and Defendant shall bear their own attorney fees and costs.

Date: November 29, 2011                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore

Date:  November 29, 2011               COOLEY LLP

/s/ Wendy J. Brenner
Wendy J. Brenner
Attorneys for Defendant
Alexander's Steakhouse, Inc.

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Stipulation for Dismissal of Alexander's Steakhouse, Inc. ONLY
Page 2