1  Tanya E. Moore, SBN 206683
2  K. Randolph Moore, SBN 106933
   MOORE LAW FIRM, P.C.
3  332 North Second Streets
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez, Theresa Wallen
6  and Ronald Moore

IT IS SO ORDERED
Judge Edward J. Davila
2/14/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | No.  5:10-CV-02848-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HYUK DONG KWON DBA FASHION PLAZA <u>ONLY</u>** |

WHEREAS, Defendant Hyuk Dong Kwon dba Fashion Plaza ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses <u>ONLY</u> Defendant Hyuk Dong Kwon dba Fashion Plaza with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 10, 2012          MOORE LAW FIRM, P.C.

                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiffs Alma Clarisa Hernandez,
                                 Theresa Wallen and Ronald Moore