Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Streets
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

IT IS SO ORDERED
Judge Edward J. Davila
2/14/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>        Defendants. | No.  5:10-CV-02848-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HYUK DONG KWON DBA FASHION PLAZA ONLY** |

WHEREAS, Defendant Hyuk Dong Kwon dba Fashion Plaza ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses ONLY Defendant Hyuk Dong Kwon dba Fashion Plaza with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 10, 2012              MOORE LAW FIRM, P.C.

                                     /s/Tanya E. Moore
                                     Tanya E. Moore
                                     Attorneys for Plaintiffs Alma Clarisa Hernandez,
                                     Theresa Wallen and Ronald Moore