K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

**IT IS SO ORDERED**
Judge Edward J. Davila
2/16/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>Defendants. | No.  5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT STRIKE HOLDINGS LLC aka STRIKE CUPERTINO VFP, LLC dba STRIKE (NOW KNOWN AS BOWLMOR LANES) ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez,

Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Strike Holdings LLC aka

Strike Cupertino VFP, LLC dba Strike (now known as Bowlmor Lanes) ("Defendant"), by and

through their respective counsel, that pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), Defendant Strike Holdings LLC aka Strike Cupertino VFP, LLC dba Strike

///

///

///

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal
Page 1

1  (now known as Bowlmor Lanes) be dismissed with prejudice from this action.

2  Date: February 15, 2012                    MOORE LAW FIRM, P.C.

3

4                                             /s/Tanya E. Moore
                                              Tanya E. Moore
5                                             Attorney for Plaintiff Alma Clarisa Hernandez,
                                              Theresa Wallen and Ronald Moore
6  Date: February 15, 2012                    GORDON & REES, LLP

7

8

9                                             /s/ Brian P. Maschler
                                              Brian P. Maschler
10                                            Attorneys for Defendant Strike Holdings LLC aka
                                              Strike Cupertino VFP, LLC dba Strike (now
11                                            known as Bowlmor Lanes)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal
                                   Page 2