K. Randolph Moore, Esq. SBN 106933
Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiffs
Alma Clarisa Hernandez,
Ronald Moore, and
Theresa Wallen

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | Case No.: 5:10-CV-02848-EJD<br><br>**PLAINTIFFS' SECOND REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND DATE SET FOR AMENDMENT OF PLEADINGS; [PROPOSED] ORDER**<br><br>Assigned to Honorable Edward J. Davila |

Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") hereby respectfully request that the Court again continue the Further Case Management Conference currently set for March 16, 2012 and the deadline of February 29, 2012 for amendment of pleadings, both set upon request of Plaintiffs and by the Court's Order dated December 15, 2011, for the following reasons:

1. This matter was brought by Plaintiffs under the Americans with Disabilities Act Title III ("ADA") to have alleged barriers to their access removed from defendants' facilities located at the Vallco Shopping Mall in Cupertino, California. Accordingly, this Court's General Order 56 ("GO 56") has governed the procedural course of this matter to date. The mediation required under GO 56 was originally set by the mediator Daniel Bowling for

1

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*

1  January 23 and 24, 2012, but those dates were cancelled at the last minute due to the sudden
2  and unanticipated hospitalization of defendants' expert Kim Blackseth whose participation was
3  determined by the mediator and various defendants to be indispensable.  Mr. Bowling has
4  rescheduled the mediation to March 2, 2012, March 8, 2012 and March 9, 2012, with an
5  additional date of April 12, 2012 proposed (although yet to be confirmed, and which date may
6  be forced into May 2012) as a follow-up date if the matter is not resolved at the previous
7  mediation dates.

8  2.  Plaintiffs have now resolved this matter as to all but ten (10) defendants (seven (7)
9  pro se defendants and three (3) represented defendants), are finalizing those settlements, and
10 are optimistic that mediation will resolve the matter as to most if not all the remaining
11 defendants.

12 3.  The purpose of GO 56 is "to require the parties to engage in a structured process
13 designed to achieve early compliance with the ADA while minimizing the adversarial litigation
14 process and concomitant fees."  *White v. Ming R. Shen*, 2011 U.S. Dist. LEXIS 2174 (N.D.
15 Cal. Jan. 5, 2011).  The Further Case Management Conference will best serve the purpose of
16 GO 56 if held after mediation in order to afford the parties an opportunity to reach an informal
17 resolution prior to incurring the costs preparing for and attending the conference.

18 4.  Requiring amendment of Plaintiffs' operative complaint prior to the completion of
19 mediation will needlessly add significant attorney fees to address allegations against
20 defendants who may be dismissed after mediation.  Plaintiffs must amend their complaint to
21 conform to the standing requirements of *Chapman v. Pier One Imports (U.S.), Inc.*, 631 F.3d
22 939 (9th Cir. 2011) (decided after Plaintiffs' filing of their Second Amended Complaint) and
23 also to allege every barrier they seek to have removed from each of defendants' facilities
24 (information obtained as a result of the joint site inspections which occurred after Plaintiffs'
25 initial filing).  Amongst other relief, Plaintiffs seek the recovery of attorney fees and costs in
26 this matter.  Therefore, minimizing the amount of such fees is beneficial to all defendants in
27 this action.
28 ///

2

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*

5. Accordingly, Plaintiffs hereby respectfully request that the Court continue the Further Case Management Conference to a date after June 8, 2012 to afford time for the completion of mediation, and the last date to file a motion for leave to amend their Second Amended Complaint to June 8, 2012.

Dated: February 16, 2012                                 MOORE LAW FIRM, P.C.

                                                               /s/ Tanya E. Moore
                                                               Tanya E. Moore, Attorneys for
                                                               Plaintiffs Alma Clarisa Hernandez,
                                                               Ronald Moore and Theresa Wallen

## ORDER

Upon request of Plaintiffs and good cause appearing,

**IT IS HEREBY ORDERED** that the Further Case Management Conference be continued to ___ May 4 ____, 2012 at 10:00 a.m. in Courtroom 4. The Parties are ordered to file an updated Case Management Conference Statement one week prior to the conference.

**IT IS FURTHER ORDERED** that Plaintiffs shall have to and including May 4, 2012 to file a stipulation or motion to amend their Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: February 27, 2012                                 _____
                                                                United States District Court Judge

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*