1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email:  tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   Alma Clarisa Hernandez, Theresa Wallen
7  and Ronald Moore

*IT IS SO ORDERED*
Judge Edward J. Davila
2/29/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>Defendants. | No.  5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS LEGENDS COMICS & GAMES, LLC AND MEL NASH (ERRONEOUSLY SUED HEREIN AS MEL NASH dba LEGENDS OF SPORTS & FANTASY aka LEGENDS COMICS & GAMES, LLC) ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendants Legends Comics & Games, LLC and Mel Nash (erroneously sued herein as "Mel Nash dba Legends of Sports and Fantasy aka Legends Comics & Games, LLC") ("Defendants"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Legends Comics & Games, LLC and Mel Nash (erroneously sued herein as "Mel Nash dba Legends of Sports and Fantasy aka Legends Comics & Games, LLC") be dismissed with prejudice from this action.

///

| | |
|---|---|
| Date: February 28, 2012 | MOORE LAW FIRM, P.C.<br><br>/s/Tanya E. Moore<br>Tanya E. Moore<br>Attorney for Plaintiff Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore |
| Date: February 27, 2012 | /s/ Evelyn L. Deaton<br>Evelyn L. Deaton<br>Attorney for Defendant Legends Comics & Games, LLC and Mel Nash (erroneously sued herein as "Mel Nash dba Legends of Sports and Fantasy aka Legends Comics & Games, LLC") |