K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore



IT IS SO ORDERED
Judge Edward J. Davila
2/29/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE, <br><br>    Plaintiffs, <br><br> vs. <br><br> VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al. <br><br>    Defendants. | No.  5:10-CV-02848-EJD <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANTS LEGENDS COMICS & GAMES, LLC AND MEL NASH (ERRONEOUSLY SUED HEREIN AS MEL NASH dba LEGENDS OF SPORTS & FANTASY aka LEGENDS COMICS & GAMES, LLC) ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendants Legends Comics & Games, LLC and Mel Nash (erroneously sued herein as "Mel Nash dba Legends of Sports and Fantasy aka Legends Comics & Games, LLC") ("Defendants"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Legends Comics & Games, LLC and Mel Nash (erroneously sued herein as "Mel Nash dba Legends of Sports and Fantasy aka Legends Comics & Games, LLC") be dismissed with prejudice from this action.

///

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: February 28, 2012 | MOORE LAW FIRM, P.C. |
| | /s/Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore |
| | |
| Date: February 27, 2012 | /s/ Evelyn L. Deaton |
| | Evelyn L. Deaton |
| | Attorney for Defendant Legends Comics & Games, LLC and Mel Nash (erroneously sued herein as "Mel Nash dba Legends of Sports and Fantasy aka Legends Comics & Games, LLC") |