1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email: tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   Alma Clarisa Hernandez, Theresa Wallen
7  and Ronald Moore

**IT IS SO ORDERED**
*Judge Edward J. Davila*
3/19/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>             Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>             Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT GENERAL NUTRITION CENTERS (ERRONEOUSLY SUED HEREIN AS GENERAL NUTRITION CORPORATION) ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant General Nutrition Centers (erroneously sued herein as "General Nutrition Corporation") ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant General Nutrition Centers (erroneously sued herein as "General Nutrition Corporation") be dismissed with prejudice from this action.

Date: March 16, 2012                     MOORE LAW FIRM, P.C.

                                          /s/Tanya E. Moore
                                          Tanya E. Moore, Attorney for Plaintiff Alma Clarisa
                                          Hernandez, Theresa Wallen and Ronald Moore

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal
                                          Page 1

1 | Date: March 16, 2012                              MCGUIRE WOODS, LLP

2                                                    /s/ Susan L. Germaise
                                                     Susan L. Germaise
3                                                    Attorneys for Defendant
4                                                    General Nutrition Centers (erroneously
                                                     sued herein as "General Nutrition Corporation")
5

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal