K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

IT IS SO ORDERED
Judge Edward J. Davila
3/19/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>    Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>    Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT GENERAL NUTRITION CENTERS (ERRONEOUSLY SUED HEREIN AS GENERAL NUTRITION CORPORATION) ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant General Nutrition Centers (erroneously sued herein as "General Nutrition Corporation") ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant General Nutrition Centers (erroneously sued herein as "General Nutrition Corporation") be dismissed with prejudice from this action.

Date: March 16, 2012                MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Alma Clarisa
Hernandez, Theresa Wallen and Ronald Moore

| | | |
|---|---|---|
| 1 | Date: March 16, 2012 | MCGUIRE WOODS, LLP |
| 2 | | /s/ Susan L. Germaise |
| 3 | | Susan L. Germaise |
| | | Attorneys for Defendant |
| 4 | | General Nutrition Centers (erroneously |
| 5 | | sued herein as "General Nutrition Corporation") |

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal