K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

*IT IS SO ORDERED*
Judge Edward J. Davila
3/29/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>            Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>            Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SEARS, ROEBUCK AND CO. ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Sears, Roebuck and Co. ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Sears, Roebuck and Co. be dismissed with prejudice from this action.

Date: March 28, 2012                                    MOORE LAW FIRM, P.C.

                                                                       /s/Tanya E. Moore
                                                                       Tanya E. Moore
                                                                       Attorney for Plaintiffs
                                                                       Alma Clarisa Hernandez, Theresa Wallen
                                                                       and Ronald Moore

///

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal

1  Date: March 28, 2012                                   CALLL & JENSEN

2

3                                                         /s/ Matthew R. Orr
                                                          Matthew R. Orr
4                                                         Attorneys for Defendant
                                                          Sears, Roebuck and Co.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal