1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiffs
   Alma Clarisa Hernandez, Theresa Wallen
6  1nd Ronald Moore

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ALMA CLARISA HERNANDEZ, THERESA )   No: 5:10-CV-02848-EJD
   WALLEN, RONALD MOORE,          )
12                                 )   **STIPULATION FOR DISMISSAL OF**
                                   )   **DEFENDANT AMERICAN MULTI-**
13         Plaintiffs,             )   **CINEMA, INC. (ERRONEOUSLY SUED**
                                   )   **HEREIN AS AMERICAN MULTI-**
14    vs.                          )   **CINEMA, INC. dba AMC THEATERS);**
                                   )   **[PROPOSED] ORDER**
15 VALLCO SHOPPING MALL, LLC, et al., )
                                   )
16         Defendants.             )
                                   )
17 _____ )

18     IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez,

19 Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant American Multi-Cinema, Inc.

20 (erroneously sued herein as American Multi-Cinema, Inc. dba AMC Theaters) ("Defendant")

21 that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant American Multi-Cinema,

22 Inc. (erroneously sued herein as American Multi-Cinema, Inc. dba AMC Theaters) be dismissed

23 with prejudice from this action.

24     IT IS FURTHER STIPULATED between Plaintiffs and Defendant that this case has

25 been settled as between them and all issues and controversies have been resolved to their

26 mutual satisfaction. Plaintiffs and Defendant American Multi-Cinema, Inc. request the Court to

27 retain jurisdiction to enforce the terms of their settlement agreement under the authority of

28 *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

1    Date: March 30, 2012                          MOORE LAW FIRM, P.C.

2

3                                                  /s/ Tanya E. Moore
                                                   Tanya E. Moore
4                                                  Attorney for Plaintiffs Alma Clarisa
                                                   Hernandez, Theresa Wallen, and Ronald
5                                                  Moore

6

7    Date: March 30, 2012                          HUNTON & WILLIAMS LLP

8

9                                                  /s/ M. Brett Burns
                                                   M. Brett Burns
10                                                 Attorney for Defendant American Multi-
                                                   Cinema, Inc. (erroneously sued herein as
11                                                 American Multi-Cinema, Inc. dba AMC
                                                   Theaters)
12

13

14                                        **ORDER**

15          The parties having so stipulated,

16          **IT IS HEREBY ORDERED** as follows:

17          1.      Plaintiff Ronald Moore and Defendant American Multi-Cinema, Inc. shall

18   comply with the terms of the confidential Settlement Agreement and Release in Full, the terms

19   of which are incorporated herein by reference.

20          2.      By consent of Plaintiff Ronald Moore and Defendant American Multi-Cinema,

21   Inc., the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of

22   the settlement agreement.

23          3.      Except as provided for in paragraphs 1 and 2 above, Defendant American Multi-

24   Cinema, Inc. is dismissed with prejudice from this action.

25   **IT IS SO ORDERED.**

26   Dated:___April 3, 2012____                    _____
                                                   United States District Court Judge
27

28

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Stipulation for Dismissal; [Proposed] Order