K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiffs
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

*IT IS SO ORDERED*
Judge Edward J. Davila
4/3/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF MEENU JHIGAN dba PERFUME PLUS ONLY** |

**WHEREAS**, Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Meenu Jhigan dba Perfume Plus ("Defendant") have settled the matter as between themselves;

**WHEREAS** no Defendant has filed a cross-claim or counterclaim in this matter or a motion for summary judgment;

**IT IS HEREBY STIPULATED** between Plaintiffs, through their counsel and Defendant, who is self-represented, that Defendant Meenu Jhigan dba Perfume Plus <u>only</u> be and

///
///
///
///

---

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Stipulation for Dismissal of Meenu Jhigan dba Perfume Plus ONLY
Page 1

1 | hereby is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure
2 | 41(a)(1)(A)(ii). Plaintiffs and Defendant shall bear their own attorney fees and costs.

3 | Date: March 27, 2012      MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiffs Alma Clarisa Hernandez,
Theresa Wallen and Ronald Moore

Date: 03/31/12

MJhigan
Meenu Jhigan, dba Perfume Plus, Defendant
In Pro Per

*Hernandez v. Vallco Int'l Shopping Center, LLC, et al.*
Stipulation for Dismissal of Meenu Jhigan dba Perfume Plus ONLY
Page 2