Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Streets
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore



IT IS SO ORDERED
Judge Edward J. Davila
4/19/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALEXANDER GIVERTS DBA DOLLAR PLUS <u>ONLY</u>** |

WHEREAS, Defendant Alexander Giverts dba Dollar Plus ("Defendant") has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses <u>ONLY</u> Defendant Alexander Giverts dba Dollar Plus with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 17, 2012                              MOORE LAW FIRM, P.C.


                                                  /s/Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiffs Alma Clarisa Hernandez,
                                                  Theresa Wallen and Ronald Moore