```
Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Streets
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore
```

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*4/23/2012*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JAFAR BOLAND, JIMMY CHEN, GKK CUPERTINO OWNER, THOMAS HOWARD, EUSON HUANG, MATTHEW MCCAULEY, RAJASEKHAR MEKA, BONNIE E. SCHAEFER, STERLING CITY USA, INC., THO TRAN AND WEST VALLEY INVESTORS, INC. ONLY** |

WHEREAS, Defendants Jafar Boland, Jimmy Chen, GKK Cupertino Owner, Thomas Howard, Euson Huang, Matthew McCauley, Rajasekhar Meka, Bonnie E. Schaffer, Sterling City USA, Inc., Tho Tran and West Valley Investors, Inc. ("Defendants") have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses ONLY Defendants Jafar Boland, Jimmy Chen, GKK Cupertino Owner, Thomas Howard, Euson Huang, Matthew McCauley, Rajasekhar Meka,

1 Bonnie E. Schaffer, Sterling City USA, Inc., Tho Tran and West Valley Investors, Inc. with
2 prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
3 Date: April 20, 2012              MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiffs Alma Clarisa Hernandez,
Theresa Wallen and Ronald Moore