1 | Tanya E. Moore, SBN 206683
2 | K. Randolph Moore, SBN 106933
  | MOORE LAW FIRM, P.C.
3 | 332 North Second Streets
  | San Jose, California  95112
4 | Telephone (408) 298-2000
  | Facsimile (408) 298-6046
5 | Attorneys for Plaintiff
6 | Alma Clarisa Hernandez, Theresa Wallen
  | and Ronald Moore

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/23/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE, | ) ) ) | No. 5:10-CV-02848-EJD |
|---|---|---|
| Plaintiffs, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JAFAR BOLAND, JIMMY CHEN, GKK CUPERTINO OWNER, THOMAS HOWARD, EUSON HUANG, MATTHEW MCCAULEY, RAJASEKHAR MEKA, BONNIE E. SCHAEFER, STERLING CITY USA, INC., THO TRAN AND WEST VALLEY INVESTORS, INC. ONLY** |
| vs. | ) ) ) | |
| VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al., | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

WHEREAS, Defendants Jafar Boland, Jimmy Chen, GKK Cupertino Owner, Thomas Howard, Euson Huang, Matthew McCauley, Rajasekhar Meka, Bonnie E. Schaffer, Sterling City USA, Inc., Tho Tran and West Valley Investors, Inc. ("Defendants") have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses ONLY Defendants Jafar Boland, Jimmy Chen, GKK Cupertino Owner, Thomas Howard, Euson Huang, Matthew McCauley, Rajasekhar Meka,

1  Bonnie E. Schaffer, Sterling City USA, Inc., Tho Tran and West Valley Investors, Inc. with
2  prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
3  Date: April 20, 2012                    MOORE LAW FIRM, P.C.

   /s/Tanya E. Moore
   Tanya E. Moore
   Attorneys for Plaintiffs Alma Clarisa Hernandez,
   Theresa Wallen and Ronald Moore