1 K. Randolph Moore, SBN 106933
2 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
3 332 North Second Street
San Jose, California 95112
4 Telephone (408) 298-2000
Facsimile (408) 298-6046
5 Email: tanya@moorelawfirm.com

6 Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
7 and Ronald Moore

**IT IS SO ORDERED**
Judge Edward J. Davila
4/24/2012

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT VICTORIA'S SECRET, LLC <u>ONLY</u>** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Victoria's Secret, LLC ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Victoria's Secret, LLC be dismissed with prejudice from this action.

Date: April 23, 2012                    MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore

1  Date: April 23, 2012                     JEFFER, MANGELS, BUTLER & MITCHELL LLP
2
3
                                                /s/ Martin H. Orlick
4                                            Martin H. Orlick
                                             Attorneys for Defendant
5                                            Victoria's Secret, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case5:10-cv-02848-EJD   Document286   Filed04/24/12   Page2 of 2

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal
                                      Page 2