**IT IS SO ORDERED**

Judge Edward J. Davila

4/24/2012

1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email: tanya@moorelawfirm.com

6  Attorneys for Plaintiff
   Alma Clarisa Hernandez, Theresa Wallen
7  and Ronald Moore

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ALMA CLARISA HERNANDEZ, THERESA ) | No.  5:10-CV-02848-EJD |
12 | WALLEN, RONALD MOORE,           ) |                         |
   |                                  ) | **STIPULATION FOR DISMISSAL OF** |
13 |         Plaintiffs,              ) | **DEFENDANT VICTORIA'S SECRET,** |
   |                                  ) | **LLC <u>ONLY</u>**     |
14 | vs.                              ) |                         |
15 | VALLCO INTERNATIONAL SHOPPING    ) |                         |
16 | CENTER, LLC, et al.              ) |                         |
17 |         Defendants.              ) |                         |
18 |                                  ) |                         |

19

20     IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez,

21 Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Victoria's Secret, LLC

22 ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant

23 Victoria's Secret, LLC be dismissed with prejudice from this action.

24

25 Date: April 23, 2012                    MOORE LAW FIRM, P.C.

26
                                           /s/Tanya E. Moore
27                                         Tanya E. Moore, Attorney for Plaintiff Alma Clarisa
                                           Hernandez, Theresa Wallen and Ronald Moore
28

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal
                                       Page 1

1  Date: April 23, 2012                       JEFFER, MANGELS, BUTLER & MITCHELL LLP

                                              /s/ Martin H. Orlick
                                              Martin H. Orlick
                                              Attorneys for Defendant
                                              Victoria's Secret, LLC