K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

**IT IS SO ORDERED**

*Judge Edward J. Davila*

4/24/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>           Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>           Defendants. | No.  5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT THE GYMBOREE CORPORATION <u>ONLY</u>** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant The Gymboree Corporation ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant The Gymboree Corporation be dismissed with prejudice from this action.

Date: April 23, 2012                              MOORE LAW FIRM, P.C.


                                                  /s/Tanya E. Moore
                                                  Tanya E. Moore, Attorney for Plaintiff Alma Clarisa
                                                  Hernandez, Theresa Wallen and Ronald Moore

| | | |
|---|---|---|
| Date: April 23, 2012 | | JEFFER, MANGELS, BUTLER & MITCHELL LLP |

/s/ Martin H. Orlick
Martin H. Orlick
Attorneys for Defendant
The Gymboree Corporation