1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Alma Clarisa Hernandez, Theresa Wallen
   and Ronald Moore
7

**IT IS SO ORDERED**
/s/ Edward J. Davila
Judge Edward J. Davila

4/24/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>Defendants. | No.  5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT THE GYMBOREE CORPORATION ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant The Gymboree Corporation ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant The Gymboree Corporation be dismissed with prejudice from this action.

Date: April 23, 2012                            MOORE LAW FIRM, P.C.


                                                /s/Tanya E. Moore
                                                Tanya E. Moore, Attorney for Plaintiff Alma Clarisa
                                                Hernandez, Theresa Wallen and Ronald Moore

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal

Page 1

1  Date: April 23, 2012                JEFFER, MANGELS, BUTLER & MITCHELL LLP

                                       /s/ Martin H. Orlick
                                       Martin H. Orlick
                                       Attorneys for Defendant
                                       The Gymboree Corporation

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal
                                       Page 2