K. Randolph Moore, Esq. SBN 106933
Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiffs
Alma Clarisa Hernandez,
Ronald Moore, and
Theresa Wallen

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.,<br><br>  Defendants. | Case No.:  5:10-CV-02848-EJD<br><br>**JOINT REQUEST BY PLAINTIFFS AND DEFENDANT TGI FRIDAY'S, INC. TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND DATE SET FOR AMENDMENT OF PLEADINGS; [PROPOSED] ORDER**<br><br>Assigned to Honorable Edward J. Davila |

Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs"), together with Defendant TGI Friday's, Inc. ("TGI Friday's") hereby respectfully request that the Court again continue the Further Case Management Conference currently set for May 4, 2012, and the deadline of May 4, 2012 for amendment of pleadings, for the following reasons:

1. This matter was brought by Plaintiffs under the Americans with Disabilities Act Title III ("ADA") to have alleged barriers to their access removed from defendants' facilities located at the Vallco Shopping Mall in Cupertino, California.  Accordingly, this Court's General Order 56 ("GO 56") has governed the procedural course of this matter to date.  The mediation as to all defendants except defendant TGI Friday's took place on March 8 and 9, 2012 which mediation resulted in settlement being reached with all participating defendants.

1

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*

1  Defendant TGI Friday's was unable to attend the mediation on March 8 and 9, 2012.

2      2.  The remaining mediation as to TGI Friday's has been tentatively set for June 7 or
3  June 11, 2012 pending confirmation by the mediator.  During the intervening time, Plaintiffs
4  and TGI Friday's have been actively and diligently involved in productive settlement
5  discussions and are cautiously optimistic that a settlement will be reached.

6      3.  Plaintiffs have now resolved this matter as to all defendants except TGI Friday's.
7  Plaintiffs have either dismissed the settling defendants or will be doing so shortly pending
8  finalizing the settlements.

9      4.  The purpose of GO 56 is "to require the parties to engage in a structured process
10 designed to achieve early compliance with the ADA while minimizing the adversarial litigation
11 process and concomitant fees."  *White v. Ming R. Shen*, 2011 U.S. Dist. LEXIS 2174 (N.D.
12 Cal. Jan. 5, 2011).  The Further Case Management Conference will best serve the purpose of
13 GO 56 if held after the TGI Friday's mediation in order to afford the parties an opportunity to
14 reach an informal resolution prior to incurring the costs preparing for and attending the
15 conference.

16     5.  Requiring amendment of Plaintiffs' operative complaint prior to the completion of
17 mediation will also needlessly add significant attorney fees to address allegations against TGI
18 Friday's who may be dismissed after mediation.  Plaintiffs must amend their complaint to
19 conform to the standing requirements of *Chapman v. Pier One Imports (U.S.), Inc.*, 631 F.3d
20 939 (9th Cir. 2011) (decided after Plaintiffs' filing of their Second Amended Complaint) and
21 also to allege every barrier they seek to have removed from each of defendants' facilities
22 (information obtained as a result of the joint site inspections which occurred after Plaintiffs'
23 initial filing).  Amongst other relief, Plaintiffs seek the recovery of attorney fees and costs in
24 this matter.  Therefore, minimizing the amount of such fees is beneficial to TGI Friday's as
25 well as conserves the resources of the Court.

26     6.  Accordingly, Plaintiffs and TGI Friday's hereby respectfully request that the Court
27 continue the Further Case Management Conference to a date after June 28, 2012 to afford time
28 ///

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*

for the completion of mediation, and the last date for Plaintiffs to file a motion or stipulation for leave to amend their Second Amended Complaint to June 28, 2012.

Dated:  April 23, 2012                                                    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore, Attorneys for
Plaintiffs Alma Clarisa Hernandez,
Ronald Moore and Theresa Wallen

/s/ Evelyn L. Deaton
Evelyn L. Deaton, Attorney for
Defendant TGI Friday's, Inc.

**ORDER**

Upon request of Plaintiffs and Defendant TGI Friday's, Inc., and good cause appearing,

**IT IS HEREBY ORDERED** that the Further Case Management Conference currently set for May 4, 2012 be continued to ___8/10/2012___, 2012 at __10:00am__ in Courtroom 4.  The Parties are ordered to file an updated Case Management Conference Statement one week prior to the conference.

**IT IS FURTHER ORDERED** that Plaintiffs shall have to and including June 28, 2012 to file a stipulation or motion to amend their Second Amended Complaint.

This order supersedes Docket Item No. 288.

**IT IS SO ORDERED**.

Dated: April 24, 2012                                       _____
                                                                              United States District Court Judge

3

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*