K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

IT IS SO ORDERED
Judge Edward J. Davila
5/2/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>Defendants. | No.  5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MAXIS MANSOUR JALALVANDI DBA MAXI'S FINE JEWELERS <u>ONLY</u>** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Maxis Mansour Jalalvandi dba Maxi's Fine Jewelers ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Maxis Mansour Jalalvandi dba Maxi's Fine Jewelers be dismissed with prejudice from this action.

Date: April 23, 2012                             MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Date: April 30, 2012

*signature*

Maxis Mansour Jalalvandi dba Maxi's Fine Jewelers
In Pro Per

*Hernandez, et al. v. Vallco International Shopping Center, LLC, et al.*
Stipulation for Dismissal

Page 2