```
1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Alma Clarisa Hernandez, Theresa Wallen
   and Ronald Moore
```

*IT IS SO ORDERED*
*Judge Edward J. Davila*
5/2/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO INTERNATIONAL SHOPPING CENTER, LLC, et al.<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT MAXIS MANSOUR JALALVANDI DBA MAXI'S FINE JEWELERS ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Alma Clarisa Hernandez, Theresa Wallen and Ronald Moore ("Plaintiffs") and Defendant Maxis Mansour Jalalvandi dba Maxi's Fine Jewelers ("Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Maxis Mansour Jalalvandi dba Maxi's Fine Jewelers be dismissed with prejudice from this action.

Date: April 23, 2012                              MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Alma Clarisa
Hernandez, Theresa Wallen and Ronald Moore

1  Date: April 30, 2012                    _____
2                                           Maxis Mansour Jalalvandi dba Maxi's Fine
3                                           Jewelers
                                            In Pro Per
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28