Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Alma Clarisa Hernandez, Theresa Wallen
and Ronald Moore

IT IS SO ORDERED
Judge Edward J. Davila
7/9/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, THERESA WALLEN, RONALD MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLCO SHOPPING MALL, LLC, et al.,<br><br>Defendants. | No. 5:10-CV-02848-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

WHEREAS, Defendant TGI Friday's, Inc. has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and the last remaining Defendant TGI Friday's, Inc. have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Clerk shall close this file.

Date: July 3, 2012                               MOORE LAW FIRM, P.C.

                                                 /s/Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiffs Alma Clarisa Hernandez,
                                                 Theresa Wallen and Ronald Moore

*Hernandez, et al. v. Vallco Shopping Mall, LLC, et al.*
Notice of Voluntary Dismissal of Action